IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

DAWN C.,[1]

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:18-cv-00194-CL
**ORDER**

AIKEN, District Judge:

Magistrate Judge Mark Clarke has filed his Findings and Recommendation ("F&R") (doc. 17) recommending that the decision of Commissioner be affirmed. This case is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party or parties in this case. Where applicable, this opinion uses the same designation for a non-governmental party's immediate family member.

Page 1 – ORDER

*Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S. 920 (1982). Plaintiff has filed timely objections (doc. 19) to the F&R and defendant's have filed a timely response to those objections. (doc. 20) Thus, this Court reviews the F&R *de novo*.

Having reviewed the objections as well as the entire file of this case, the Court finds no error in Judge Clarke's F&R. Accordingly, the Court adopts the F&R (doc. 17) in its entirety. The decision of the Commissioner is AFFIRMED, and this action is dismissed.

It is so ORDERED this 18th day of September, 2019.

Ann Aiken
United States District Judge